IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO.  5:11-CV-401-FL


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **DEFAULT JUDGMENT** |
| | ) | |
| $698,442.74 IN U. S. CURRENCY, | ) | |
| $7,980.00 IN U. S. CURRENCY, | ) | |
| $138,728.00 IN U. S. CURRENCY, | ) | |
| | ) | |
| Defendants. | ) | |


This matter is before the Court on Plaintiff's Motion for
Default Judgment.  It appearing that a copy of the Complaint
herein was served upon the record owners of the defendants and
that publication has been duly made, in accordance with
Supplemental Rule G(4), and, thus, that due notice was given
accordingly, the Court finds that:

1.  Process was duly issued in this cause and the defendants
were duly seized by the United States Secret Service pursuant to
said process;

2.  Examination of the Court files and records shows that a
Settlement Agreement as been filed and approved by this Court
between the United States and Global Services, Ltd. as to the
defendant listed above as: $698,442.74 in U. S. Currency.  Hence,
this defendant is no longer a party to this civil forfeiture
action.

3.  No entitled persons have filed any claim to the remaining defendants nor answer regarding them within the time fixed by law; and

4.  The well-plead allegations of the Complaint in respect to the remaining defendants are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1.  Default judgment be and the same is hereby entered against the remaining defendants, $7,980.00 in U. S. Currency and $138,728.00 in U. S. Currency;

2.  All persons claiming any right, title, or interest in or to the said remaining defendants are held in default;

3.  The remaining defendants are forfeited to the United States of America; and

4.  The United States Secret Service is hereby directed to dispose of the remaining defendants according to law.

SO ORDERED this 1st day of December, 2011.

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE

2